NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARK JONES,                          )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-3767
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed June 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian A. Iten, Judge.

Mark Jones, pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, KHOUZAM, and BLACK, JJ., Concur.